Attachment 1 - Civil Complaint

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
_____ DIVISION

RECEIVED
NOV - 4 2025
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY CLERK

Christopher Rick Montez
(Enter your full name)
Plaintiff(s)

CASE NUMBER: SA25CA1422 XR
(Supplied by Clerk's Office)

Western District of Texas
(Enter full name of each Defendant)
Defendant(s)

## COMPLAINT

First Paragraph (Name and Address of Plaintiff)

Second Paragraph (Name and Address(es) of Defendant(s))

Third Paragraph (Jurisdiction Plea)

Fourth Paragraph (Allegation 1)

Fifth Paragraph (Allegation 2) ...

The final paragraph should contain a statement of the relief you are seeking. This paragraph should not be numbered.

_____
Signature
Name (Typed or Printed)
Address
Telephone Number

Christopher Rick Montez
1914 Drury Lane
San Antonio, Texas 78221
(No phone Alize left me to pArsaway)

Rev. Ed. October 26, 2017

27

October 18, 2025

Christopher Rick Montez
1414 Drury Lane
San Antonio, Texas 78221

Case #

Western District of Texas
262 W. Nueva
San Antonio, Texas 78207

① The Western District of Texas has provided a seal, which in recognition, is a Seal of Fraud, which can be included in a various form of Documents Across the World.

② The Western District of Texas is not providing and following proper procedures in the Court of Law.

③ The relief is beyond expectation of the, Trillions of dollars, and the property of the United States of America, which there is Funds and currency available, along with the Statues in every account available. My relief is a protected currency that can not be changed or dishonored, but can also contain Military equipment, that includes, jets, planes, and I may take, Military individuals, is not properly protected since

I have all millitary, in other contries, that ~~protect~~ protect a country, that is violating other countries and family's ~~as long~~ rights. Therefore, I expect my payment to leave in peace, but shall another country, find out about your Corporation, you may have to defend and will not be able to. You are out numbered by ~~Acct~~ Nuclear Weapons of Mass destruction, which put the United States is a sense of wellbeing but not of: Endangering my family and other coutries familes. I must protect, due to the Federal Bureau of Investigation committing fraud.

Sincerly,