Attachment 9 - U.S. Marshal Form 285 (USM-285)
Attachment 10 - Motion

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
_____ DIVISION

FILED
NOV - 4 2025
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY CLERK

PLAINTIFF  Christopher Rick Montez

V.

CASE NUMBER  SA25CA1422 XR

DEFENDANT(S)  Western District of Texas

MOTION FOR _____

Now comes  Christopher Rick Montez

Plaintiff *pro se*, and requests the Court to:  for a subpoena document(s).

Date:  October 19, 2025

Signature:  C.R.M.

Address:  1414 Drury all
San Antonio, Texas 78221

Phone:  Left with no phone, by Alize to persuay. She is not my daughter, will discuss.

50

Rev. Ed. October 26, 2017