| | | |
|---|---|---|
| **PHILIP J. DEVLIN**<br>**CLERK OF COURT** | **UNITED STATES DISTRICT COURT**<br>**WESTERN DISTRICT OF TEXAS**<br>262 W. Nueva St., Suite 1-400<br>San Antonio, Texas 78207 | **ANNETTE**<br>**FRENCH**<br>**CHIEF DEPUTY** |

November 6, 2025

Christopher Rick Montez
1414 Drury Lane
San Antonio, TX 78221

RE: Case #5:25-CV-01422-XR-RBF

Dear Mr. Montez:

    Your Application to Proceed in District Court Without Prepaying Fees or Costs was filed in our office on 11/4/2025 and assigned the above case number. Please reference this case number on all future documents submitted for filing in the above case number. Please be advised you must keep the court informed of your current address throughout the pendency of your case. Failure to do so may result in dismissal of your case for want of prosecution.

                             Sincerely,

                             By____dg_____
                             Deputy Clerk